IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00065-MSK-KLM

CORVAX OIL AND GAS LAND SERVICES, LLC, a Utah limited liability company,

    Plaintiff,

v.

GLORIA JAMESON
NORMAN BROWN, as Joint Tenant,
RUTH BROWN, as Joint Tenant,
FRANKLIN D. BAYLESS, as Joint Tenant,
STEVEN H. BAYLESS, as Joint Tenant,
DUANE N. BROWN,
JANICE BROWN,
ROBB S. HARRIS,
NORMAN A. MONK, JR.,
NOCO OIL COMPANY, INC.,
DIAMOND OPERATING, INC.,
JOHN S. GIBSON PRODUCTION, LLC,
FLATIRON ENERGY COMPANY, INC.,
JOHN SCOTT GIBSON,
DAVID C. PETERSON,
BOULDER OIL COMPANY, INC.,
MADDON OIL PROPERTIES, INC.,
VIS-OP OIL COMPANY,
MARSHALL L. FRASIER,
LONE TREE OIL & GAS COMPANY,
CALLISTO ENERGY, LLC,
CONTINENTAL RESOURCES,
ROBERT D. PULSON & CO.,
P & O ENERGY, LLC,
BOULDER OIL COMPANY, LP, and
BILL D. MADDOX,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

1

This matter is before the Court on **Diamond Defendants' Motion to Stay Case Pending Ruling on Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to Join Indispensable Parties** [Docket No. #50; Filed May 3, 2013] (the "Motion"). On June 17, 2013, the Court entered its Recommendation of United States Magistrate Judge [#54] recommending that the Diamond Defendants' Motion to Dismiss [#21] be granted and that Plaintiff's Complaint [#1] be dismissed without prejudice.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#50] is **DENIED as moot**.

Dated:  June 17, 2013