IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00065-MSK-KLM

CORVAX OIL AND GAS LAND SERVICES, LLC, a Utah limited liability company,

    Plaintiff,

v.

GLORIA JAMESON,
NORMAN BROWN as Joint Tenant,
RUTH BROWN, as Joint Tenant,
FRANKLIN D. BAYLESS, as Joint Tenant,
STEVEN H. BAYLESS, as Joint Tenant,
DUANE N. BROWN,
JANICE BROWN,
ROBB S. HARRIS,
NORMAN A. MONK, JR.,
NOCO OIL COMPANY, INC.,
DIAMOND OPERATING, INC.,
JOHN S. GIBSON PRODUCTION, LLC,
FLATIRON ENERGY COMPANY, INC.,
JOHN SCOTT GIBSON,
DAVID C. PETERSON,
BOULDER OIL COMPANY, INC.,
MADDON OIL PROPERTIES, INC.,
VIS-OP OIL COMPANY,
MARSHALL L. FRASIER,
LONE TREE OIL & GAS COMPANY,
CALLISTO ENERGY, LLC,
CONTINENTAL RESOURCES,
ROBERT D. PULSON & CO.,
P & O ENERGY, LLC,
BOULDER OIL COMPANY, LP, and
BILL D. MADDOX,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R.

Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #54**) to grant the Motion to Dismiss for Lack of Jurisdiction   (**Doc. #21),** it is

ORDERED that the Recommendation of Magistrate Judge Mix  (**Doc. #54**) is **ADOPTED**.   The Complaint is dismissed as to all parties without prejudice and the case is closed.  It is further

ORDERED that defendants are AWARDED their costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 2nd  day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk